ADELINE RATUSZNY, Appellant, v. THERESA BEDNAREK, as Coadministrator of the Estate of ANDREW RATUSZNY, Deceased, Respondent, et al., Defendants. — Judgment reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the evidence presented questions of fact for the consideration of the jury. All concur. (Appeal from a judgment dismissing the complaint in an action to recover for room and board and care furnished decedent.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

DOROTHY B. SLAUGHTER, Respondent-Appellant, v. PAGE H. SLAUGHTER, Appellant-Respondent.— Order affirmed, with $50 costs and disbursements to the plaintiff. All concur. (Cross appeals from an order confirming in part of report by SWIFT, Official Referee, and denying defendant's motion for a reduction in payments of alimony, and denying as a matter of discretion an allowance of counsel fees to plaintiff's attorneys.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

JOSEPHINE BENNETT, Appellant, v. JOHN W. VAN ALLEN et al., as Trustees in Proceedings for Reorganization of INTERNATIONAL RAILWAY COMPANY, Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment dismissing the complaint in a bus line negligence action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

ELIZABETH ROGERS, as Limited Administratrix of the Estate of ROLAND T. PRICE, Deceased, Appellant, v. CITY OF ROCHESTER et al., Respondents.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying plaintiff's motion to set aside the verdict of the jury for no cause of action and for a new trial, in an action for damages for the death of plaintiff's intestate.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.